**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                        CASE NO. 07-50247-PCY5
                                              CHAPTER 13
LESTER PRUITT
JAMEKA PRUITT

             Debtor(s)            /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: TRIAD FINANCIAL CORPORATION which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 379788 in the amount of 691.29 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
LESTER PRUITT                TRIAD FINANCIAL CORPORATION
JAMEKA PRUITT                7711 CENTER AVE. STE. 250
PSC 80 BOX 13049             HUNTINGTON BEACH, CA 92647
APO AP


AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
10/30/2009 11:48 am / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```