**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                    CASE NO. 07-50247-PCY5
                                          CHAPTER 13
LESTER PRUITT
JAMEKA PRUITT

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: ARMED FORCES BANK, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 379806 in the amount of 62.81 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
LESTER PRUITT              ARMED FORCES BANK, N.A.
JAMEKA PRUITT              DICKENSON FINANCIAL CORP.
PSC 80 BOX 13049           1100 MAIN, SUITE 350
APO AP                     KANSAS CITY, MO 64105


AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
10/30/2009 11:48 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```