**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                CASE NO. 07-50247-PCY5
                                      CHAPTER 13
LESTER PRUITT
JAMEKA PRUITT

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: ARMED FORCES BANK, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385147 in the amount of 25.96 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                              _____
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and accurate copy of the
foregoing has been furnished by electronic filing or first


LESTER PRUITT                 ARMED FORCES BANK, N.A.
JAMEKA PRUITT                 DICKENSON FINANCIAL CORP.
PSC 80 BOX 13049              1100 MAIN, SUITE 350
APO AP                        KANSAS CITY, MO 64105


AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the
electronic filing date for this document.


                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                              _____
1/29/2010 11:31 am / CR_213     OFFICE OF CHAPTER 13 TRUSTEE